UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TODD SANZO, | 3:14-cv-00030-RCJ-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| | August 21, 2014 |
| JAMES G. COX, et al., | |
| Defendants | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' Motion for Clarification Based on Changed Circumstances. (Doc. # 21.) Filed contemporaneously with the motion was a Notice of Acceptance of Service where Defendants' counsel indicated service of plaintiff's amended complaint was accepted on behalf of defendants Colete Ball, Bruce Bannister, Giovanni Capra, James "Greg" Cox, Jon Garner, Dawn Jones and William Sevier. (Doc. # 20.) Counsel states that service was accepted under the Attorney General's arrangement with the District Court for pro se inmate § 1983 litigation and inquired whether that policy would continue as to the remaining defendants in this case for whom service was not accepted now that plaintiff is represented by counsel.

Service was not accepted as to defendant Michael Fisher, who is no longer an employee of the Nevada Department of Corrections, for certain fictitiously named defendants or for an individual with the last name of "Lee," first name unknown. (*Id*).  As to those defendants for whom service was not accepted, plaintiff will have to serve those defendants in accordance with the Federal Rules of Civil Procedure. Plaintiff's counsel will also have to clarify the identity of the defendant identified as "Correctional Officer Lee" before proceeding with service on this individual.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk