ADAM PAUL LAXALT
Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1254
E-mail:  BJohnson@ag.nv.gov

*Attorneys for Defendants
Colette Ball, Bruce Bannister, Giovanni Capra, James "Greg" Cox, Jon Garner, Dawn Jones, and Joon Lee*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TODD SANZO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES G. COX, et al.,<br><br>　　　　Defendants. | Case No.  3:14-cv-00030-RCJ-WGC<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants, Colette Ball, Bruce Bannister, Giovanni Capra, James "Greg" Cox, Jon Garner, Dawn Jones, and Joon Lee, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby file their Motion for Leave to File Confidential Exhibits Under Seal in Support of Defendants' Motion for Summary Judgment.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.　NATURE OF MOTION**

Defendants seek to file Plaintiff's medical records and medical kites under seal to protect the Plaintiff's privacy interests in not having them placed in the public record.  The Defendants seek leave to file these documents confidentially, under seal.

///

///

## II. ARGUMENT

### A. Leave Should Be Granted to File Sanzo's Medical Records and Medical Kites Under Seal

Courts have recognized a general right of the public to inspect and copy public records and documents, including judicial records and documents. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal citations omitted). Documents that have been traditionally kept secret, including grand jury transcripts and warrant materials in a pre-indictment investigation, come within an exception to the general right of public access. *Id.* Otherwise, "a strong presumption in favor of access is the starting point." *Id.* (internal citations omitted).

On a showing of specific facts supporting compelling reasons for sealing records, the court should conscientiously weigh the compelling reasons against the public's right of access. *Id.* If the court finds the balance tips in favor of sealing the record, the court must articulate the factual basis for sealing the record without reliance on hypothesis or conjecture. *Id.* at 1179. Proof of a risk that use of the records "might . . . become a vehicle" for causing harm is "compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records." *Id.* at 1179 (internal quotation marks omitted).

Courts have consistently recognized that the need to protect sensitive medical information is a compelling reason to seal records. *See San Ramon Regional Medical Center, Inc. v. Principal Life Ins. Co.*, 2011 WL89931 at n.1 (N.D. Cal. Jan. 10, 2011); *Abbey v. Hawaii Employers Mutual Ins. Co.*, 2010 WL4715793 at 1-2 (D.Hi. Nov. 15, 2010); *G. v. Hawaii*, 2010 WL267483 at 1-2 (D.Hi. June 25, 2010); *Wilkins v. Ahern*, 2010 WL3755654 (N.D.Cal. Sept. 24, 2010); *Lombardi v. TriWest healthcare Alliance Corp.*, 2009 WL 1212170 at 1 (D. Ariz. May 4, 2009).

Exhibits A, C, D, E, and J consist of portions of Plaintiff's NDOC medical and dental records. These documents give details regarding Plaintiff's medical history relevant to his complaint. There is little need for public disclosure of this information as compared to the significant interest in preserving the confidentiality of this private and sensitive information. To

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

preserve privacy, Defendants request that the Court allow them to file Plaintiff's medical records and medical kites under seal.

Plaintiff will not be prejudiced by this under seal filing as a copy of these documents will be sent to his counsel.

### III. CONCLUSION

Based on the foregoing arguments, it is respectfully requested the Court grant the instant Motion for Leave to File Confidential Exhibits under Seal in Support of Defendants' Motion for Summary Judgment.

DATED this 8th day of May, 2015.

ADAM PAUL LAXALT
Attorney General

By: /s/ Benjamin R. Johnson
BENJAMIN R. JOHNSON
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of May, 2015 I caused to be served a copy of the foregoing **DEFENDANTS' MOTION FOR LEAVE TO FILE CONFIDENTIAL EXHIBITS UNDER SEAL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**, by U.S. District Court CM/ECF Electronic Filing to:

Luke Busby, Attorney for Plaintiff
Luke Andrew Busby, Ltd.
216 East Liberty Street
Reno, NV 89501
luke@lukeandrewbusbyltd.com

*[signature]*
An employee of the
Office of the Attorney General