ADAM PAUL LAXALT
Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1254
E-mail:  BJohnson@ag.nv.gov

*Attorneys for Defendants*
*Colette Ball, Bruce Bannister, Giovanni Capra, James "Greg" Cox, Jon Garner, Dawn Jones, and Joon Lee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TODD SANZO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES G. COX, et al.,<br><br>　　　　　Defendants. | Case No.  3:14-cv-00030-RCJ-WGC<br><br>**DEFENDANTS' NOTICE OF UNDER SEAL SUBMISSION OF CONFIDENTIAL EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants, Colette Ball, Bruce Bannister, Giovanni Capra, James "Greg" Cox, Jon Garner, Dawn Jones, and Joon Lee, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby give notice that Exhibits A, C, D, E, and J have been submitted under seal.

DATED this 8th day of May, 2015.

　　　　　　　　　　　　　　　　ADAM PAUL LAXALT
　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　By: /s/ Benjamin R. Johnson
　　　　　　　　　　　　　　　　　　BENJAMIN R. JOHNSON
　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　Bureau of Litigation
　　　　　　　　　　　　　　　　　　Public Safety Division

　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of May, 2015 I caused to be served a copy of the foregoing **DEFENDANTS' NOTICE OF UNDER SEAL SUBMISSION OF CONFIDENTIAL EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**, by U.S. District Court CM/ECF Electronic Filing to:

Luke Busby, Attorney for Plaintiff
Luke Andrew Busby, Ltd.
216 East Liberty Street
Reno, NV 89501
luke@lukeandrewbusbyltd.com

/s/ Kristi Hersh
An employee of the
Office of the Attorney General