# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL TODD SANZO, | CASE NO.: 3:14-CV-00030-RCJ-WGC |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES G. COX, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (#71[1]) entered on December 10, 2015, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF #57) as to Defendants Cox and Dr. Bannister, and deny Defendant's Motion for Summary Judgment (ECF #57) as to Defendants Lee, Capra and Ball.  Defendants filed a Partial Objection to Report and Recommendation (ECF #72) on December 28, 2015.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation (#71) entered on December 10, 2015, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF #57) is GRANTED as to Defendants Cox and Dr. Bannister.

IT IS FURTHER ORDERED that Defendant's Motion for Summary Judgment (ECF #57) is DENIED as to Defendants Lee, Capra and Ball.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED this 5TH day of January, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.